Date of Arrest: **10/04**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Alejandro BASURTO-Gonzalez <br> AKA: Aliceo VAZQUEZ-Huerta <br> 088353770 <br> YOB: 1987 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No.  17-1779 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 4, 2017 Defendant Alejandro BASURTO-Gonzalez, an alien, was found in the United States at or near Dateland, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona Truck Gate, on or about January 25, 2017. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Joshua Kolsrud
for GHussp

Sworn to before me and subscribed in my presence,

Signature of Complainant
Brian Ramos
BORDER PATROL AGENT

October 05, 2017  at  Yuma, Arizona
Date                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

          Vs.

Alejandro BASURTO-Gonzalez
AKA: Aliceo VAZQUEZ-Huerta
088353770

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 4, 2017, near Dateland, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Wellton, Arizona on or about April 05, 2017. The Defendant was most recently removed on or about January 25, 2017, through the port of Nogales, Arizona Truck Gate, subsequent to a conviction in a Superior Court, State of Arizona, County of Yuma, on or about September 25, 2016, for the crime of Re-Entry of Removed Alien, a felony.

Agents determined that on or about September 30, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

    October 05, 2017
Date

_____
Signature of Judicial Officer

-2-